532

*Messrs. Harold R. Small* and *A. L. Adams* for petitioner. *Mr. Frank Pace* for respondent.

No. 731. KOENIG ET AL. *v.* FLYNN, SECRETARY OF STATE, ET AL. March 15, 1932. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Abraham S. Gilbert* and *Benjamin L. Fairchild* for petitioners. *Messrs. John J. Bennett, John Godfrey Saxe, Henry Epstein, Robert F. Wagner,* and *John J. O'Connor* for respondents.

No. 700. PAGE, TRUSTEE, *v.* ARKANSAS NATURAL GAS CORP. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Frank J. Looney, Judson M. Grimmet,* and *Yandell Boatner* for petitioner. *Messrs. Robert S. Sloan* and *John W. Davis* for respondent.

No. 703. BALTIMORE & OHIO R. Co. *v.* BERRY. March 21, 1932. Petition for writ of certiorari to the Supreme Court of Missouri granted. *Messrs. Rudolph J. Kramer, Bruce A. Campbell, Morison R. Waite,* and *Wm. A. Eggers* for petitioner. *Messrs. Wm. H. Allen* and *John S. Marsalek* for respondent.

No. 704. UNITED STATES *v.* KOMBST ET AL. March 21, 1932. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher* for the United States. *Messrs. Clarence W. DeKnight* and *Frederick Schwertner* for respondents.